**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARCUS L. WASHINGTON                                                          PLAINTIFF

v.                                    5:14CV00014-JLH-JTK

KARL CHERRY, et al.                                               DEFENDANTS

**ORDER**

This matter is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 10). Plaintiff filed a Response in opposition to the Motion (Doc. No. 15), and Defendants filed a Reply (Doc. No. 16.)

At issue is whether Plaintiff properly exhausted his administrative remedies prior to filing this lawsuit, as required by the Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e. Defendants argue that the grievances Plaintiff filed were not properly exhausted, and Plaintiff claims he filed the grievances as soon as he became aware of the alleged violations by Defendants. However, these grievances have not been made a part of the record by either party. The Court finds that in order to properly review this issue, it must have complete copies of the two grievances filed by Plaintiff, including all the ADC responses. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants provide to the Court complete copies of the grievances at issue in this case, which includes all ADC responses at all levels, within ten days of the date of this Order.

IT IS SO ORDERED this 25th day of April, 2014.

                                                   _____
                                                 JEROME T. KEARNEY
                                                 UNITED STATES MAGISTRATE JUDGE