### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARCUS L. WASHINGTON                                                                              PLAINTIFF

v.                                      No. 5:14CV00014 JLH-JTK

KARL CHERRY, et al.                                                                              DEFENDANTS

## ORDER

On May 13, 2014, United States Magistrate Judge Jerome T. Kearney entered proposed findings and recommendations recommending that the defendants' motion for summary judgment be granted. On May 20, 2014, Marcus L. Washington filed with the Clerk a notice of change of address. The proposed findings and recommendations were sent to the previous address, so it is not clear from the record whether Washington has received them. The Court orders the Clerk to mail the proposed findings and recommendations (Document #20) to Washington at his current address. The time within which Washington must file any objections is extended up to and including June 18, 2014.

IT IS SO ORDERED this 4th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE