**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARCUS L. WASHINGTON                                                                          PLAINTIFF

v.                                      No. 5:14CV00014-JLH-JTK

KARL CHERRY, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

1. Defendants' motion for summary judgment is GRANTED. Document #10.

2. Plaintiff's complaint against defendants is DISMISSED without prejudice, for failure to exhaust administrative remedies.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE