**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MARCUS L. WASHINGTON                                            PLAINTIFF

v.                    No. 5:14CV00014-JLH-JTK

KARL CHERRY, et al.                                           DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is denied.

IT IS SO ADJUDGED this 24th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE